# UNITED STATES DISTRICT COURT
## District of Minnesota

Abdul Basit Stanikzai,

Petitioner,

v.

Ryan Shea, Mike Stasko, Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Daren K. Margolin, David Easterwood, Executive Office for Immigration Review, Immigration and Customs Enforcement,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-376 ADM/DTS

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. §1225(b)(2) and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. §1226.

2. Respondents are ordered to provide Petitioner with a bond redetermination hearing under 8 U.S.C. § 1226(a) within 7 days of the date of this Order.

3. If Respondents do not provide petitioner with a bond hearing under 8 U.S.C. § 1226(a) within 7 days of the date of this Order, Petitioner must be immediately released from detention.

4. Within 10 days of the date of this Order, the parties must provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Petitioner’s release. Further, the parties shall advise the Court whether any additional proceedings in this matter are required and submit any proposals for

further litigation.

5. The remainder of Petitioner's Petition is **DENIED WITHOUT PREJUDICE.**

Date: 1/23/2026

KATE M. FOGARTY, CLERK