# UNITED STATES DISTRICT COURT

## District of Minnesota

Abdul Basit Stanikzai

Petitioner,

v.

Ryan Shea, Mike Stasko, Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Daren K. Margolin, David Easterwood, Executive Office for Immigration Review, and Immigration and Custom Enforcement

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 0:26-cv-00376 ADM-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Based upon the status update 11 provided by Petitioner, this matter is now closed.

Date: 2/5/2026

KATE M. FOGARTY, CLERK